## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JENNIFER BISHOP                                                    CHAPTER 7

DEBTOR                                                                         CASE NO. 18-11657 JDW

### MOTION TO AVOID LIEN

**COMES NOW**, Debtor(s), by and through his/her/their attorney of record, and moves the Court, pursuant to §522(f) of the United States Bankruptcy Code, to avoid the lien of the Creditor, **First Metropolitan Financial, UCC File No. 20172480386A,** on the grounds that the security in household goods for said debt is a non-possessory, non-purchase money security agreement. That said security is exempt property.

WHEREFORE, PREMISES CONSIDERED, Debtor(s) move(s) this Honorable Court to order the avoidance of the above lien/judgment.

RESPECTFULLY SUBMITTED,

/s/Karen B. Schneller
KAREN B. SCHNELLER, MSB # 6558
ROBERT H. LOMENICK, JR., MSB #104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
(662) 252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

## CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, Attorney for Debtor, do hereby certify that I have this day mailed, via electronic delivery or postage prepaid, a true and correct copy of the above and foregoing Motion To Avoid Lien to:

First Metropolitan Financial
371 W. Bankhead Street
New Albany, MS 38652

Honorable Selene Maddox
Chapter 7 Trustee
362 North Broadway Street
Tupelo, MS 38804

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201

This the 31st day of May, 2018

/s/Karen B. Schneller_____
KAREN B. SCHNELLER
ROBERT H. LOMENICK, JR.